UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:                                                                         Case No. 21-20698-PDR
                                                                               Chapter 13

ANDREW SILVERMAN

             Debtor
_____/

## MOTION TO DETERMINE INTEREST RATE CONCERNING LIEN ON PERSONAL PROPERTY

1. Pursuant to 11 U.S.C. §1325, Bankruptcy Rule 3012, Local Rule 3015-3 and any other applicable bankruptcy rules and code sections, the Debtor, ANDREW SILVERMAN, seeks to determine the interest rate concerning a lien on personal property held by Ally Bank ("Lender").

2. (Select only one):

   __X__ Lender's collateral consists of a motor vehicle and is particularly described as follows:

         Year and Model of motor vehicle:      2022 CHEVROLET Trailblazer
         Vehicle Identification Number (VIN #):  KL79MPSL3NB028637

   _____ Lender's collateral consists of a lien on personal property other than a motor vehicle and is particularly described as follows:

3. At the time of the filing of this case, the value/payoff of the personal property is $34,016.55 as determined by Lender's proof of claim (claim no.: 5) as the Debtor seeks only to reduce the subject interest rate.

4. The undersigned reviewed the docket and claims register and states (select only one):

_____   Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 3, above. Lender's secured claim shall be paid through the plan at % and for a total of.

OR

__X__   Lender filed a proof of claim in this case (Claim no.: 5). It shall be classified as a secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim. Lender's secured claim shall be paid through the plan at 5.25%.

5. The subject personal property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE**, the Debtor respectfully requests an order of the Court (a) determining the interest rate concerning the secured claim of Ally Bank as set forth above, (b) determining that any timely filed proof of claim is classified as stated above, and (c) providing such other and further relief as is just.

## CERTIFICATE OF ADMISSION

**I FURTHER CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy of the foregoing Motion was served as indicated in the enclosed service list, this 24th day of January, 2022.

**STIBERMAN LAW, P.A.**
*Attorney for Debtor*
2601 Hollywood Blvd.
Hollywood, FL 33020-6025
Tel. (954) 922-2283
Ariel@StibermanLaw.com

By:    */s/ Robert A. Stiberman*
      Robert A. Stiberman, Esquire
      FBN #132799

## SERVICE LIST FOR CASE

*The following Parties were served via the CM/ECF System*:

Robin Weiner, Trustee
Office of the U.S. Trustee
All other parties of interest

*The following Parties were served via first-class U.S. Mail:*

**Arvind Nath Rawal**
*Authorized Agent*
AIS Portfolio Services, LP
4515 N Santa Fe Ave.
Dept. APS
Oklahoma, OK 73118