UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  21-20698-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ANDREW SCOTT SILVERMAN
XXX-XX-9075

DEBTOR_____/

### REPORT OF COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on March 11, 2025, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor is substantially current under the last filed Notice of Delinquency.

3. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the court for appropriate action.
**RESPECTFULLY SUBMITTED** this 28th day of April, 2025.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Report Of Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of April, 2025.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF COMPLIANCE  
CASE NO.: 21-20698-BKC-PDR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ANDREW SCOTT SILVERMAN
10781 NW 21ST CT
FORT LAUDERDALE, FL  33322

**ATTORNEY FOR DEBTOR**
ROBERT A. STIBERMAN, ESQUIRE
2601 HOLLYWOOD BLVD
HOLLYWOOD, FL  33020